UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                  Plaintiff,

     v.

TURAL DZHAKHANHIRL,

               Defendant.

CASE NO. MJ25-222

**DETENTION ORDER**

      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

      Defendant arrested allegedly attempting to unlawfully enter the country. In 2024 he was denied entry into the county in New Jersey. His high mobility – travel across the country – second attempt to enter the country and no known ties to this region make him a high and serious risk to flee.

      It is therefore **ORDERED**:

      (1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 22nd day of April, 2025.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

e

DETENTION ORDER - 2